IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WILLIAM WILSON, | § § | |
| *Plaintiff,* | § § § | SA-20-CV-01470-JKP |
| vs. | § § § | |
| MARSHALL SHREDDING LLC, MEDSHARPS TREATMENT LLC, | § § § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court in the above-styled cause of action is Plaintiff's Counsel's Motion to Withdraw [#20]. By this motion, counsel for Plaintiff, Michael Galo, informs the Court that he has been unable to make contact with Plaintiff for several months and can no longer effectively represent his client. Mr. Galo asks the Court to permit his withdrawal of representation. According to Mr. Galo, Plaintiff and his two minor sons became homeless in December 2020. Plaintiff's cell phone has been disconnected; he is no longer responding to emails; and the acquaintance through whom Mr. Galo previously contacted Plaintiff also has a disconnected phone line. Mr. Galo has made significant efforts to locate Plaintiff, most recently attempting to reach Plaintiff through his brother, but whoever answers the phone hangs up the line. Under these circumstances, the Court agrees with Mr. Galo that he can no longer effectively represent Plaintiff, and the motion to withdraw should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's Counsel's Motion to Withdraw [#20] is **GRANTED**.

**IT IS FURTHER ORDERED** that Michael Galo is hereby **WITHDRAWN** as counsel for Plaintiff.

**IT IS FURTHER ORDERED** that Mr. Galo send a copy of this Order to Plaintiff's last known email address.

**IT IS FINALLY ORDERED** that within 30 days of the entry of this Order that Plaintiff file an advisory with the Court informing the Court of Plaintiff's current mailing address, telephone number, and email address. Failure to do so may result in this case being dismissed for failure to prosecute.

SIGNED this 30th day of August, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE